NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

THE FOX GROUP, INC.,
*Plaintiff-Appellant,*

v.

CREE, INC.,
*Defendant-Appellee.*

2011-1576

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0314, Judge Rebecca Beach Smith.

## ON MOTION

## ORDER

Cree, Inc. moves to withdraw Philip Charles Sternhell as of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Christopher B. Mead, Esq.
David C. Radulescu, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2012

JAN HORBALY
CLERK